UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **LORENZO LUIS NICOLAS,** | **Civil Action No.  25-17772 (RK)** |
| **Petitioner,** | |
| **v.** | **ORDER** |
| **PAM BONDI, et al.,** | |
| **Respondents.** | |

This matter comes before the Court on Petitioner Lorenzo Luis Nicolas' Petition for

Writ of Habeas Corpus under 28 U.S.C. § 2241 (ECF No. 1), asserting that he is unlawfully

detained by immigration authorities under 8 U.S.C. § 1225(b)(2) and seeking immediate

release from detention or an individualized bond hearing under 8 U.S.C. § 1226(a).

Respondents filed a letter response (ECF No. 3), stipulating to the relevant facts alleged in the

Petition and acknowledging that they rely on the same statutory interpretation set forth in

*Matter of Yajure Hurtado*, 29 I&N Dec. 215 (BIA 2025), which was rejected by this Court in

*Mejia v. Cabezas*, No. 25-CV-17094, 2025 WL 3294405, at *2 (D.N.J. Nov. 14, 2025); *see*

*also Rivera Zumba v. Bondi*, Civ. No. 25-CV-14626, 2025 WL 2753496 (D.N.J. Sept. 26,

2025).

Therefore, for the same reasons stated in *Mejia* and *Rivera Zumba*, the Court **GRANTS**

the Petition and directs Respondents to provide Petitioner with a bond hearing within seven

days.[1]

---

[1] Petitioner's counsel notes in his letter reply that ICE took Petitioner's employment authorization documents, which he presented to ICE at the time of his arrest, and asks that they be returned. (ECF No. 4 at 4.)  When Respondents provide their update after the bond hearing, they shall also

**IT IS** on this 11th day of December 2025,

**ORDERED** that the petition for writ of habeas corpus under 28 U.S.C. § 2241 (ECF No. 1) is **GRANTED**; and it is further

**ORDERED** that Respondents shall provide Petitioner with a bond hearing pursuant to 8 U.S.C. § 1226(a) and 8 C.F.R. § 236.1(d) within seven days of the date of this Order; and it is further

**ORDERED** that within 3 days of the bond hearing, Respondents shall file a letter advising the Court of the outcome of that bond hearing and whether Petitioner's employment authorization documents have been returned to him; upon receiving that update, Court will close this matter.

ROBERT KIRSCH
United States District Judge

---

inform the Court as to whether Petitioner's employment authorization documents have been returned to him, and, if not, explain why.

2